IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIMBACH COMPANY LLC<br>13261 Mid Atlantic Boulevard<br>Laurel, MD 20708,<br><br>    Plaintiff,<br><br> v.<br><br>AMATEA, LLC<br>101 Davis Avenue, SW<br>Leesburg, VA 20175.<br><br>    Defendant. | *<br><br>*<br><br>*<br><br>*<br>   Case No.<br>*<br><br>* |

Serve on:
Mayor of the District of Columbia
Department of Licensing and Consumer
Protection
Corporations Division
Digital Service Center, 2nd Floor
1100 4th Street, SW
Washington, DC 20024

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **COMPLAINT**

    Limbach Company LLC ("Limbach"), by its undersigned counsel, hereby sues Amatea, LLC ("Amatea"), and for causes of action hereby states:

    1.    Limbach is a Delaware limited liability company with its principal place of business in Pennsylvania.

    2.    Upon information and belief, Amatea is a Virginia limited liability company with its place of business at 101 Davis Avenue, SW, Leesburg, VA 20175. Amatea is not registered to do business in the District of Columbia; therefore, service of process on the Mayor of the District of Columbia, through the Superintendent of Corporations, is authorized pursuant to Mayor's Order 2009-65 dated April 24th, 2009.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and cost, and is between citizens of different states.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because the District of Columbia is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. Further, the applicable contract specifies the District of Columbia as the venue for litigation between the parties.

5. On July 31, 2020, AMG Joint Venture (the "General Contractor" or "AMG JV") entered into a contract with the United States government for construction work at St. Elizabeths West Addition Multi-Purpose Room Project (the construction work at St. Elizabeths shall be referred to as the "Project;" said contract shall be referred to as the "Prime Contract"). The Project is located in the District of Columbia. Upon information and belief, AMG JV is a joint venture between Amatea and John C. Grimberg Company, Inc.

6. On or about August 24, 2020, Limbach entered into a subcontract with Amatea to complete electrical work within the scope of the Prime Contract (said contract shall be referred to as the "Subcontract").

7. Limbach has fully performed the Subcontract. In addition, Amatea regularly enlarged Limbach's scope and duration of work under the Subcontract, resulting from changes to the original contract drawings, unreasonable delays in directing Limbach to proceed with the performance of the changed work, delays in responses to Requests For Information and submittals, delays caused by the lack of completion of predecessor trade work, delays caused by the lack of available escorts, and other circumstances described in the Proposed Change Orders ("PCO").

8.      Limbach submitted the last of these PCOs to Amatea in June 2021, but, despite the passage of almost two and one half years, Amatea has not resolved the PCOs with Limbach.

9.      The amounts owed to Limbach pursuant to the Subcontract are as follows:

| | |
|---|---|
| Original Subcontract and Approved Change Orders: | $ 4,000.00 |
| PCO #4 - MP13 Fixtures | $ 430.00 |
| PCO #6 - Extended General Conditions | $105,111.00 |
| PCO #8 - PR#19 Artisan Welding | $ 343.00 |
| PCO #10 - RFI-054 Existing junction boxes in ceiling at G.150 | $ 1,183.00 |
| PCO #11 - 208V Circuit for Heat Lamp T&M | $ 1,387.00 |
| PCO #13 - Demo Light T&M | $ 532.00 |
| PCO #14 - T&M Work | $ 8,975.00 |
| PCO #16 - FA Additions & Changes | $ 31,879.00 |
| PCO #17 - Hood Troubleshooting | $ 2,868.00 |
| PCO #18 - Relocate Key Switches | $ 2,315.00 |
| PCO #19 - Adjust MP-4 Fixtures | $ 8,375.00 |
| PCO #20 - PR#56 Lost Time | $ 1,189.00 |
| PCO #21 - PR#58 Door Hardware | $ 3,456.00 |
| PCO #22 - Heat Lamp Switch Relocation | $ 805.00 |
| PCO #23 - OT for Lighting Controls | $ 1,873.00 |
| PCO #24 - Cutting of Ceiling Tiles | $ 2,060.00 |
| PCO #25 - Extending Conduit | $ 3,217.00 |
| PCO #26 - Reinstall Exit Light | $ 219.00 |
| PCO #27 - Heat Trace Controller | $ 1,326.00 |

## COUNT I

## **BREACH OF CONTRACT**

10. The allegations contained in Paragraphs 1 through 9 above are incorporated herein by reference as if fully set forth.

11. The Subcontract is a valid and enforceable contract between the parties and was duly executed by the parties.

12. Limbach has fully performed the Subcontract.

13. Limbach is entitled pursuant to the Subcontract to payment of the Subcontract balance and for the PCOs listed above.

14. Amatea has breached the Subcontract by not paying the Subcontract balance and the PCOs. Limbach has suffered damages for breach of contract in the amount of $181,543.00 for labor, services, equipment, and materials that Limbach furnished to Amatea in connection with the Project and the Subcontract for which Amatea has not made payment.

15. Limbach has made demand for payment to Amatea for these amounts, but has not received a substantive response.

16. All conditions precedent to the maintenance of this action have occurred, have been performed, or have been waived.

## COUNT TWO

## **UNJUST ENRICHMENT / QUANTUM MERUIT**

17. The allegations contained in Paragraphs 1 through 16 above are incorporated herein by reference as if fully set forth.

18. Valuable services were rendered by Limbach as set forth in the PCOs.

19. These valuable services were rendered to Amatea and enabled Amatea to meet its obligations under the Prime Contract.

20. The valuable services were accepted by Amatea and were vital to Amatea's completion of the Prime Contract.

21. The valuable services were rendered by Limbach under such circumstances that reasonably notified Amatea that Limbach expected to be paid by Amatea for such services and that it would be inequitable for Amatea to retain the benefits of such services without payment of its value.

22. The pending PCOs have a reasonable value of $177,543.00. This amount has not been paid by Amatea despite demand.

23. All conditions precedent to the maintenance of this action have occurred, have been performed, or have been waived.

*<rest of page intentionally left blank>*

THEREFORE, Limbach requests a judgment against Amatea as follows:

A.      Compensatory damages in excess of Seventy-Five Thousand Dollars ($75,000.00);

B.      Pre-judgment interest at the legal rate through the date of judgment and post-judgment interest thereafter;

C.      Attorney's fees and costs; and

D.      Such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Jeffrey C. Seaman*
Jeffrey C. Seaman (Bar Number: 466509)
WHITEFORD
111 Rockville Pike, Suite 800
Rockville, MD  20850
301.804.3619
jseaman@whitefordlaw.com
*Attorneys for Plaintiff,*
*Limbach Company LLC*